```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )          4:01CR72
               Plaintiff,      )
                               )
     vs.                       )          ORDER
                               )
DOUGLAS A. RYDBERG,            )
                               )
               Defendant.      )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:30 p.m. on June 30, 2005** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: May 18, 2005.

                            BY THE COURT

                            s/ David L. Piester
                            _____
                            David L. Piester
                            United States Magistrate Judge